# EXHIBIT A



## CLASSIC

### Account Ending In 9699

| | | |
|---|---|---|
| Previous Balance | = | $8,685.38 |
| Payments/Credits | - | $0.00 |
| Purchases/Cash Advances | + | $0.00 |
| Interest Charges/Fees | + | $108.05 |
| **New Balance** | | **$8,793.43** |

| | |
|---|---|
| Purchases This Year: | $0.00 |
| Revolving Credit Limit: | $12,600.00 |
| Available Credit: | $0 |
| Days in Billing Cycle: | 31 |
| Statement Date: | 01/29/2018 |

### Cabela's CLUB Points

(Points shown in dollars)

| | | |
|---|---|---|
| Previous Points Balance | = | $0.00 |
| Points Earned at Cabela's | + | $0.00 |
| Points Earned at Cenex | + | $0.00 |
| Points Earned Elsewhere | + | $0.00 |
| Other Points Added | + | $0.00 |
| Points Redeemed | - | $0.00 |
| **CLUB Points Available** | | **$0.00** |

### Payment Information

| | |
|---|---|
| New Balance | $8,793.43 |
| Amount Past Due | $787.00 |
| Minimum Payment Due | $983.00 |
| Payment Due Date | 02/23/2018 |

**Late Payment Warning:**
If your Minimum Payment Due is not received by the Payment Due Date, you may have to pay a late fee of up to $37.





In addition to the spend requirements, eligibility for CLUB Silver and Black status is subject to credit history. For more information visit cabelas.com/clubprogram

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges on your card & each month you pay: | You will pay off the balance shown on this statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 21 years | $17,465.00 |
| $303.00 | 3 years | $10,905.00 (Savings = $6,560.00) |

If you would like information about credit counseling services, go to www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call toll free 1-866-xxx-xxxx.

From time to time, we may offer you the opportunity to participate in promotional purchases at a reduced interest rate. One of the promotional plans we may offer for Cabela's purchases is 0% APR for 6 months from the date of the qualifying purchase exceeding $500. At the expiration of the promotional period, the remaining balance of the qualifying purchase (if any) would be subject to your Cabela's Purchase APR 9.99%. Any purchases that are not part of a special promotional offer will be subject to your standard terms.

See next page for your list of payments/credits and purchases/cash advances.

5518 0003 K9H 001 7 20 180129 0 C D PAGE 1 of 3 10 4475 0000 T2TN 01AB5518 27119

---



**Change of address?**
☐ Check here and complete the reverse side.

*Cabela's CLUB Points cannot be used for payment.
*Please use **black** or **blue** ink and return this portion with your payment.
*Make Checks Payable to:

Cabela's CLUB Visa
PO BOX 82519
Lincoln NE 68501-2519

**PAYMENT METHODS**

 
cabelasclubvisa.com  Retail

 
Mail  1-800-850-8402

| | |
|---|---|
| Account Ending In: | 9699 |
| Amount Past Due: | $787.00 |
| Minimum Payment Due: | $983.00 |
| Payment Due Date: | 02/23/2018 |
| New Balance: | $8,793.43 |

**AMOUNT ENCLOSED:** [         ]

G101
27119

JOSIE RODRIGUEZ
11822 W FLAGG AVE
MILWAUKEE WI 53225-2226

## INFORMATION REGARDING YOUR ACCOUNT

Capitalized terms in this statement that are not otherwise defined refer to and have the same meaning as terms used in your Cardholder Agreement.

**How Interest is Computed:** We calculate the Interest Charge on your Account by multiplying the Average Daily Balance (including new transactions) by the daily periodic rate. Then, we multiply that result by the number of days in the billing cycle. We do this separately for each type of balance: Cabela's Purchases (i.e., those made at Cabela's stores, Cabela's catalogs, or online at www.cabelas.com), Purchases other than Cabela's Purchases ("Other Purchases"), Balance Transfers, Cash Advances, and promotional balances. To determine the total Interest Charge for the billing cycle, we add up all the Interest Charges for each type of balance.

**Average Daily Balance and Daily Periodic Rate:** The Balance Subject to Interest Rate shown in the Interest Charge Calculation table is your Average Daily Balance during the billing cycle for each type of balance. To calculate an Average Daily Balance, for each day of the billing cycle we take (1) your beginning balance; (2) add any new transactions, Interest Charges, Fees and other charges (as applicable); and (3) subtract any payments or other credits to get that day's daily balance. The daily balance is considered to be $0.00 for any day on which the Account has a credit balance. We add all your daily balances and divide the total by the number of days in the billing cycle to get the Average Daily Balance. To calculate a daily periodic rate, we divide the annual percentage rate by 365.

**Grace Period:** Purchases, Balance Transfers, and Cash Advances will be charged to your Account as of the transaction date. If you pay the New Balance shown on your statement in full on or before the Payment Due Date shown on your statement, we will not impose Interest Charges on Purchases which accrue from the Statement Date to the date we receive your payment. We will not impose Interest Charges on new Purchases, or any portion of a new Purchase, paid by the Payment Due Date on your current statement, if you paid the entire New Balance on your previous statement by the Payment Due Date on that statement. However, Interest Charges will begin to accrue on Balance Transfers and Cash Advances as of the transaction date and will continue to accrue until Balance Transfers and Cash Advances are paid in full.

**Closing Date:** The closing date of your billing cycle is the Statement Date listed on the front page.

**Payments:** Payments may be made by mail, online at cabelasclubvisa.com, at a Cabela's U.S. store or by phone. Payments made by mail, phone or online will be credited as of the date of receipt if received by 5 p.m. CST. Payments made at stores will be credited as of the date of receipt if received by 5 p.m. local time of store location. Payments received after 5 p.m. CST (or 5 p.m. local time for payments at stores) will be credited the next day. Payments must be made in U.S. dollars. You may not use Cabela's gift cards, Cabela's CLUB Points, or Cash Advances or Balance Transfers from this Account to pay any amount you owe us or any other company in the Capital One organization. Payments sent through the mail must be mailed using the envelope and payment coupon enclosed with your statement. Do not send cash payments through the mail. If your payment does not meet the above instructions, crediting may be delayed and you may incur late fees and additional interest charges. We process most checks electronically. When you pay by check, you authorize us to process your payment as an electronic debit to the checking account on which the check was written. If we do, funds may be withdrawn from your checking account as soon as the same day we receive your check, and you will not receive the check back from your financial institution.

**Rewards:** See your Cabela's CLUB Rewards Program Terms and Conditions for details.

**Notice of Information Sharing with Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other Defaults on your Account, as well as your Account balance, may be reflected in your credit report and the credit reports of joint cardholders, co-signers, and/or authorized users on the Account.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at Cabela's CLUB, PO Box 82608, Lincoln, NE 68501.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
- You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
- You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Cabela's CLUB, PO Box 82608, Lincoln, NE 68501.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## FOR ACCOUNT INFORMATION OR TO MAKE A PAYMENT

 **Visit our website** www.cabelasclubvisa.com

 **By Phone** 1-888-402-7830

 **By Mail** Cabela's CLUB P.O. Box 82519 Lincoln, NE 68501-2519

 **For Email Inquiries** visacustomerservice@cabelas.com

 **Retail**

---

Please note changes to your contact information below or call Customer Care at 1.800.850.8402.

Address

City / State / Zip

*Primary Phone

**Email Address

*You authorize Cabela's CLUB, its affiliates and agents ("Covered Parties") to contact you at any telephone number you provide to us. If you provide a cell phone number, you also agree that the Covered Parties may contact you at that number(s) via text message, automatic dialer, and/or pre-recorded/artificial voice message, even if you will be charged by your cell phone provider for receipt of the calls/messages. In addition, you agree to be contacted by the Covered Parties as further described in the Cardholder Agreement.

**We may use your email address to contact you regarding your account or to notify you of other services and offers. Your name and contact information may be released to Cabela's so they can send you special offers and promotions.

JOSIE RODRIGUEZ                                                      Account Ending In 9699

Beginning in February, a 2017 Year-End Summary for your account will be available to view, download or print at cabelasclubvisa.com. Your Year-End summary lets you view all your 2017 charges in one detailed report; it's particularly helpful for budget analysis and preparation. To access your Year-End Summary, simply log in to your account at cabelasclubvisa.com and click the "Year-End Summary" Link.

| Date | Fees | Amount | Date | Interest Charged | Amount |
|---|---|---|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | $0.00 | 01/29/2018 | Interest Charged on Cabelas Purchases | $0.00 |
| | | | 01/29/2018 | Interest Charged on Other Purchases | $108.05 |
| | | | 01/29/2018 | Interest Charged on Cash Advances | $0.00 |
| | | | | TOTAL INTEREST FOR THIS PERIOD | $108.05 |

### 2018 Totals Year-to-Date

| Total Fees Charged in 2018 | $0.00 | Total Interest Charged in 2018 | $108.05 |
|---|---|---|---|

### Interest Charge Calculation

| Type of Balance | Annual Percentage Rate (APR)* | Balance Subject to Interest Rate | Interest Charge | Promotional Expiration Date | Balance Remaining |
|---|---|---|---|---|---|
| Cabela's Purchases | 9.99% | $0.00 | $0.00 | NA | $0.00 |
| Other Purchases | 14.56% (Variable) | $8,737.54 | $108.05 | NA | $8,793.43 |
| Cash Advances | 26.56% (Variable) | $0.00 | $0.00 | NA | $0.00 |

*Unless otherwise indicated, the Annual Percentage Rate is Non-Variable



**EARN POINTS FASTER**
Add a family member or hunting buddy as an authorized user to your account and earn points every time they make a purchase.
Visit cabelasclubvisa.com or call 800-850-8402 to add authorized users.

5518  0003  K9H        001    7   20   180129  0        C D PAGE 2 of 3        1 0   4475   0000   T2TN   01AB5518              27119



**AUTOMATIC PAYMENTS BECAUSE YOU HAVE BETTER THINGS TO FOCUS ON.**
Call 877-338-6191 to enroll today.

Case 2:18-cv-01783-LA    Filed 11/09/18    Page 4 of 5    Document 1-1

5518  0003 K9H     001  7  20  180129  0     C D PAGE 3 of 3     1 0  4475  0000  T2TN  01AB5518          27119