# Exhibit B

CABELA'S CLUB
CAPITAL ONE BANK (USA), N.A.
P.O. BOX 82609
LINCOLN, NE 68501-2609
TOLL FREE 1-877-338-6191

January 29, 2018

JOSIE RODRIGUEZ
11822 W FLAGG AVE
MILWAUKEE WI 53225-2226

A00039522

G101

Re: Your Cabela's CLUB Visa® Account Ending in 9699

Due Date: February 23, 2018
Cure Amount: $983.00
Balance: $8,793.43

Dear Josie Rodriguez,

We understand missing a payment happens, so we want to let you know you're late in making one or more of your payments for your Cabela's CLUB credit card account ending in 9699. This means you're in default. You can cure--or bring up to date--that default by making a payment of $983.00 by February 23, 2018. Your state or local government requires us to send you the information below:

## NOTICE OF RIGHT TO CURE DEFAULT

You're late in making your payment(s) in connection with the above-referenced credit card account with Capital One Bank (USA), N.A. and are now in default under your credit card agreement with us. The default results from previous account activity. Please refer to your account statement for details about credit transactions.

**If you pay $983.00 by February 23, 2018,** you may continue with the contract.

**If you don't pay by this date,** we may exercise our rights under the law.

If you're late again in making your payments within the next 12 months, we may exercise our rights without sending you another notice like this one.

If you have any questions, please give us a call at 1-877-338-6191. We're available Monday through Thursday from 7:00 a.m. to 10:00 p.m. CT, Friday from 7:00 a.m. to 6:00 p.m. CT, and Saturday from 7:00 a.m. to 4:00 p.m. CT. You can also write to us at Cabela's CLUB, PO Box 82609, Lincoln, NE 68501-2609.

Sincerely,

Cabela's CLUB
Capital One Bank (USA), N.A.

**Your Cabela's CLUB Visa formerly owned by World's Foremost Bank was recently purchased by Capital One Bank (USA), N.A.**

FDOPSJOB 25997465.2 5518 4475 0000 0520 CC 1 07 2758 20180129 FC 0804 PG 1 OF 1    A00039522