# Exhibit C

For Payment and Correspondence:
NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047

|||||||||||||||||||||||||||||||

225                    PCO

| ACCOUNT INFORMATION | |
| --- | --- |
| Creditor: Capital One Bank (USA), NA | |
| Acct#: XXXXXXXXXXXX9699 | |
| NCB File#: ▮▮▮▮8556 | |
| Balance: $8,793.43 as of 02-08-2018 | |
| **Amount Of Payment Enclosed  $**_____ | |

☐ Complete the form on the reverse side to set up electronic payment(s)

Josie Rodriguez
11822 W Flagg Ave
Milwaukee, WI 53225-2226

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047

Please mail payment and the top portion in the enclosed self-addressed envelope to ensure proper credit.

**To make your payment online, please visit us at www.ncbi.com.**

NCB Management Services Incorporated
Professional Collections & Recoveries Management

| | |
| --- | --- |
| Creditor: Capital One Bank (USA), NA | |
| Acct#: XXXXXXXXXXXX9699 | |
| NCB File#: ▮▮▮▮8556 | |
| Balance: $8,793.43 as of 02-08-2018 | |

02-08-2018

**Time is running out but we may still be able to help!**

Dear Josie Rodriguez,

The above-referenced account will soon be charged off as a bad debt unless you make a qualifying payment.

Please call to make a qualifying payment arrangement. One of our knowledgeable associates would be happy to discuss various options with you including potential settlement opportunities which you may be able to take advantage of.

We are prepared to work with you, however, we need to hear from you. Our experienced associates are ready to assist you.

Please call 855-819-8109 today!

Your Cabela's CLUB Visa® formerly owned by World's Foremost Bank was recently purchased by Capital One Bank (USA), N.A.

Sincerely,

NCB Management Services, Inc.
855-819-8109 (Toll Free)

This communication is from a debt collector. The purpose of this letter is to collect a debt. Any information obtained will be used for that purpose. As of the date of this letter, you owe $8,793.43. Because of interest, late charges, and other charges assessed by your creditor that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.

Please see reverse side for important information.

Hours:  Mon-Thur (9AM-9PM)   Fri (9AM-6PM)   Sat (9AM-1PM)  Eastern Time

Payment Amount: Lesser of Outstanding Balance or $_____

Payment Dates: (circle one) Weekly/Monthly, Beginning Date_____

Bank Name: _____ Account No.: _____

Routing No. (this is the 9-digit number typically located next to account number on the bottom of your check or deposit slip): _____

Account type: __ Checking __ Savings

Name(s) (please print): _____

Signature(s): _____     Date: _____

## ELECTRONIC PAYMENT AUTHORIZATION

You may arrange by phone or by mail to repay your debt over a period of time by authorizing us to initiate a series of electronic payments ("Payments") from a deposit account of yours that you identify (the "Account"). YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.

*Payment Authorization by Phone.* By (1) calling NCB Management Services, Inc. at the toll free number listed on the front of this letter or taking a call from us; (2) specifying the amounts and dates of Payments you would like to make; (3) identifying your Account; and (4) electronically signing this Authorization, you authorize us to initiate Payments from your Account in the amounts and on or after the dates that you specify, until your debt is paid in full.

*Payment Authorization by Mail.* By completing, detaching and returning this Authorization, you authorize us to initiate Payments from your Account identified above in the amounts and on or after the dates that you specify, until your debt is paid in full.

*Correcting Erroneous Payments; Unsuccessful Payments.* In the event that we make an error in processing a Payment, you authorize us to initiate a Payment to correct the error. You also authorize us to resubmit any unsuccessful Payment.

*Right to Cancel.* You may cancel this authorization by calling us toll free at 855-819-8109, Monday through Friday, 8:00 am to 5:00 pm (EST), or write us at P.O. Box 1099, Langhorne, PA 19047, or by email at cancel.payment@ncbi.com, in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. You may also contact your account-holding financial institution for instructions on how to stop payment of regular transfers from your account.